**Clarence M. FONES v. Fred G. ZERBST, Warden.**

No. 859.

Circuit Court of Appeals, Tenth Circuit.

April 13, 1933.

Clarence M. Fones, pro se.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellant.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.

---

**GOOD HUMOR CORPORATION OF AMERICA, Plaintiff-Appellant, v. BLUE BIRD ICE CREAM AND CHARLOTTE RUSSE, Inc., Defendant-Appellee.**

No. 455.

Circuit Court of Appeals, Second Circuit.

July 5, 1933.

Thomas G. Haight, of Jersey City, N. J., Samuel E. Darby, Jr., of New York City, and John F. Robb, of Cleveland, Ohio, for appellant.

W. Lee Helms, of New York City, for appellee.

John F. Neary, Ramsay Hoguet, and Theodore E. Simonton, all of New York City, for National Dairy Products Corporation.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (1 F. Supp. 850) affirmed on opinion below.

---

**Beulah F. HEATON et al., Appellants, v. BENBOW COMPANY, a Corporation, Appellee.**

No. 7108.

Circuit Court of Appeals, Ninth Circuit.

Oct. 16, 1933.

Samuel T. Bush, Bertram H. Ross, Marcel E. Cerf, and Henry Robinson, all of San Francisco, Cal., for appellants.

Orrick, Palmer & Dahlquist, Reuben G. Hunt, and Ellis, Lyman & Steindorf, all of San Francisco, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of the parties, ordered order of submission heretofore made vacated and set aside, and appeal in this cause dismissed; mandate forthwith.

---

**In the Matter of the Bankruptcy of the INTERNATIONAL MORTGAGE TRUST COMPANY, a Corporation, State of Kansas, ex rel. Roland Boynton, Attorney General, et al., Petitioners.**

No. 659.

Circuit Court of Appeals, Tenth Circuit.

May 25, 1933.

O'Neil & Hamilton, of Topeka, Kan., for petitioners.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioners.